UNITED STATES OF AMERICA

MASSACHUSETTS DISTRICT
BOSTON                                                    CA NO

HELDER PEIXOTO,          )
                        )
PLAINTIFF.              )
                        )
V.                      )
                        )
                        )
                        )
EXPERIAN,               )
CRAIG SMITH             )
                        )
DEFENDANTS.             )
                        )
                        )

---

## COMPLAINT AND JURY DEMAND

---

NOW COMES THE PLAINTIFF HERINAFTER  HELDER PEIXOTO AND PRAYS

FOR THE HONORABLE FEDERAL JUSTICES OF THE UNITED STATES

DISTRICT COURT BOSTON MASSACHUSETTS GRANT RELIEF FOR THE

VIOLATIONS OF THE FAIR CREDIT REPORTING ACT 15 USC s 1681

HEREAFTER ("FCRA") BY EXPERIAN CREDIT REPORTING AGENCY. THE

PLAINTIFF SEEKS FULL JUDGEMENT UNDER THE FCRA  AND

MASSACHUSETTS GENERAL LAWS 93A TREBLE DAMAGES.

1

THE PLAINTIFF SEEKS RELIEF FOR THE DEFAMATION,THE PLAINTIFF

SEEKS THE REMOVAL OF SEVERAL ACCOUNTS AND INQUIRIES FROM HIS

CONSUMER CREDIT REPORT AS DETAILED IN THE AFFIDAVIT, AND ANY

OTHER RELIEF THE COURT FINDS JUST.

## JURISDICTION

JURISDICTION OF THIS COURT FALLS UNDER THE FCRA 15 USC s 1681

AND MASSACHUSETTS GENERAL LAWS CHAPTER 93 A.

## PARTIES

THE PLAINTIFF HELDER PEIXOTO AN ADULT RESIDING IN MIDDLESEX

COUNTY MASSACHUSETTS IS A CONSUMER AS DEFINED IN THE FCRA.

UPON INFORMATION AND BELIEF THE DEFENDANT EXPERIAN,

HEREAFTER EXPERIAN MAINTAINS HEADQUARTERS IN ORANGE CA,

AND IS A "PERSON" AS DEFINED BY THE FCRA. 1681 A (B) AND A

"CONSUMER REPORTING AGENCY" AS DEFINED BY THE FCRA 1681 A (F).

UPON INFORMATION AND BELIEF DEFENDANT, CRAIG SMITH IS CEO

OF ~~TRANS UNION LLC~~ EXPERIAN

AFFIDAVIT IN SUPPORT OF ACTION
_____

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE

COMPLETE CONSUMER DISCLOSURES ON NUMEROUS OCCASIONS IN

VIOLATION OF FCRA  s 1681 AG (A) 1.

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO LIMIT THE FURNISHING OF CONSUMER REPORTS TO USERS WITH A PERMISSABLE PURPOSE IN VIOLATION OF THE FCRA s 1681 E (A).

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE TRAINED PERSONNEL IN VIOLATION OF FCRA s 1681 H (C).

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE TO PLAINTIFF A SUMMARY OF ALL RIGHTS IN VIOLATION OF FCRA s1681 G (C).

EXPERIAN WILLFULLY AND NEGLIGENTLY FAILED TO FOLLOW REASONABLE PROCEDURES TO ASSURE MAXIMUM POSSIBLE ACCURACY OF THE INFORMATION CONTAINED IN CONSUMER REPORTS IN VIOLATION OF FCRA s 1681 E (B).

EXPERIAN WILFULLY AND NEGLIGENTLY FAILED TO PROVIDE CONSUMER DISCLOSURES BY TELEPHONE AND FAX IN VIOLATION OF FCRA s 1681 H (B).

EXPERIAN  WILLFULLY AND NEGLIGENTLY FAILED TO TO INVESTIGATE PLAINTIFFS DISPUTES,FAILED TO PROVIDE NOTICE OF THE DISPUTES TO THE FURNISHERS AND FAILED TO CONSIDER PLAINTIFFS INFORMATION IN VIOLATION OF FCRA s 1681 (A)1,(A)2 AND (A) 4.

EXPERIAN  WILLFULLY AND NEGLIGENTLY FAILED TO PROVIDE WRITTEN NOTICE BY FAX OR E-MAIL AS REQUESTED BY PLAINTIFF ON NUMEROUS OCCASIONS AND FAILED TO PROVIDE REQUIRED NOTICES IN VIOLATION OF THE FCRA s 1681 i (A)7.

EXPERIAN  WILLFULLY AND NEGLIGENTLY REPORTED INCORRECT ADDRESSES FOR PLAINTIFF,SUBJECTING HIM TO THE POSSIBILITY OF IDENTITY THEFT, LOST OPPORTUNITIES AND LOSS OF IMPORTANT MAILINGS,INCLUDING CONSUMER CREDIT DISCLOSURES.

EXPERIAN  MALICIOUSLY & INTENTIONALLY DISSEMINATED INCORRECT DEFAMATORY STATEMENTS ABOUT PLAINTIFF.

EXPERIAN WILLFULLY AND NEGLIGENTLY ENGAGED IN THE SALE OF WORTHLESS AND INCORRECT CREDIT SCORES WITH INTENT TO MISLEAD AND DEFRAUD PLAINTIFF AND MIILIONS OF CONSUMERS.

CRAIG SMITH IS RESPONSIBLE AND LIABLE FOR THE EXPERIAN PROCEDURES RESULTING IN THE NUMEROUS FCRA VIOLATIONS AND THE SUBSEQUENT SERIOUS DAMAGES TO PLAINTIFF AND MANY MILLIONS OF CONSUMERS.

Clearly stated in the FCRA:

S604. PERMISSIBLE PURPOSES OF CONSUMER REPORTS[15 U.S.C.S1681B]
    (A) In general. Subject tosubsection(c),any consumer reporting agency may furnish a
    consumer report under the following circumstances and no other:

      (3) To a person which it has reason to believe
      (A) intends to use the information in connection with a credit transaction involving the
      consumer on whom the information is to be furnished and involving the extension of
      credit to, or review or collection of an account of, the consumer; or
      (B) intends to use the information for employment purposes; or
      (C) intends to use the information in connection with the underwriting of insurance
      involving the consumer; or
      (D) intends to use the information in connection with a determination of the consumers
      eligibility for a license or other benefit granted by a governmental instrumentality
      required by law to consider an applicant's financial responsibility or status; or
      (E) intends to use the information, investor or servicer,or current insurer, in connection
      with a valuation of, or an assessment of credit or prepayment risks associated with, an
      existing credit obligation; or
      (F) otherwise has a legitimate buisness need for the information
      (i) in connection with a buisness that is initiated by the consumer; or
      (ii) to review an account to determine wheter the consumer continues to meet terms of the
      account.

LIST OF INQUIRES

| | | |
|---|---|---|
| 1. | ASSET ACCEPTANCE | 07/14/2003 |
| 2. | HOUSEHOLD | 04/16/2003 |
| 3. | ASSOCIATED | 01/16/2003 |
| 4. | NORTHLAND | 11/13/2002 |
| 5. | PIONEER | 06/24/2002 |
| 6. | CRW | 05/24/2002 |
| 7. | GULFSTATE | 02/11/2002 |

None of the inquires (all hard inquires on my file) that relate to any of the above PERMISSIBLE PURPOSES. I was never offered credit,insurance or employment in relation to any of these inquiries. I never applied for credit with any of these companies. Due to the fact that these organizations were allowed to view my credit file without meeting any of the above requirements and thus causing a "hard inquiry" to appear on my credit report . TRANSUNION is obligated by the FCRA to correct these inaccuracies and delete the INQUIRES.

I HAVE REQUESTED THAT FILENES,DIRECT MERCHANTS BANK,US CREDIT

BUREAU,ABT ASPIRE, FLEET AND PROVIDIAN FINANCIAL.  PROVIDE ORIGINAL

SIGNED DOCUMENTS AND THEY CAN NOT PROVIDE THEM. UNDER

THE DOCTRINE OF ESTOPPEL BY SILENCE ENGELHARD V GRAVENS, I MAY

PRESUME THAT NO PROOF OF THE ALLEGED DEBT,NOR THEREFORE ANY SUCH

DEBT INFACT EXISTS. UNDER THE FCRA THESE ITEMS MAY NOT APPEAR ON MY

CREDIT REPORT.

FILENES #651699910

DIRECT MERCHANTS #5458000585067354

CBT ASPIRE #  413480000800

US CREDIT BUREAU # 17644

FLEET # 544911195900

PROVIDIAN FINANCIAL # 447941102490

EXPERIAN WAS AND IS  OBLIGATED BY THE FCRA TO DELETE THESE ACCOUNTS.

HELDER  PEIXOTO (PRO-SE)

161 Webster Avenue
Cambridge Ma 02141
617-547-0327