UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

HELDER PEIXOTO,

        Plaintiff,

v.

EXPERIAN, CRAIG SMITH,

        Defendants.

Case No. 04-CV-10436 (JLT)

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for Experian Information Solutions, Inc. ("Experian"), incorrectly sued herein as Experian, hereby certifies pursuant to Federal Rule of Civil Procedure 7.1, and District of Massachusetts Local Rule 7.3, that the following listed parties are either parent companies, subsidiaries not wholly owned, and/or a publicly held company that owns 10 percent or more of Experian's stock.

    1.    Parent Companies: The parent company of Experian is GUS, PLC ("GUS").

    2.    Subsidiaries Not Wholly Owned: Experian does not have any subsidiaries which fall into this category.

    3.    Publicly Held Companies: GUS owns 100 percent of Experian. GUS is publicly traded on the London Stock Exchange.

Dated: March 26, 2004

BOURGEOIS, DRESSER, WHITE & BEARD

By: /s/ Robert S. White
Robert S. White (BBO#552229)
4 Dix Street
Worchester, MA 01609
(508) 798-8801

- *and, of counsel* -

Nathan J. Zolik
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

Attorneys for Defendants
EXPERIAN INFORMATION SOLUTIONS,
INC., & CRAIG SMITH

NYI-2123673v1