UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

|  |  |
|---|---|
| HELDER PEIXOTO,    )<br>    Plaintiff    )<br>    )<br>v.    )<br>    )<br>EXPERIAN and CRAIG SMITH, )<br>    Defendants    )<br>    ) | CASE NO. 04-CV-10436 (JLT)<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by its Attorney, Robert S. White, moves this Court to admit Attorney Nathan J. Zolik of Jones Day, 222 East 41st Street, New York, NY 10017-6702, to appear, defend and practice in this case as co-counsel on behalf of Experian.

Attorney Zolik is a member in good standing of the Highest Court of the State of Wisconsin, the State of New York, and the United States District Courts for all Eastern, Southern and Western New York. There are no disciplinary proceedings pending against Attorney Zolik in any jurisdiction. Attorney Zolik is familiar with the Local Rules of this Court.

WHEREFORE, Experian respectfully requests that this Court admit Attorney Nathan J. Zolik to appear, defend and practice in this case as co-counsel on behalf of Experian. In support of this Motion, Experian submits the Affidavit of Nathan J. Zolik.

F:\docs\experpei\experpei.005

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.
By its attorney,

_____
Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

Dated: March 31, 2004

## CERTIFICATE OF SERVICE

Robert S. White, a lawyer admitted to the bar of this Court, certifies and declares under penalty of perjury that on March 31, 2004 he caused the foregoing, motion to be served by first class U.S. mail, properly addressed to the following:

Helder Peixoto
161 Webster Avenue
Cambridge, MA 02141

_____
Robert S. White

Dated: March 31, 2004

F:\docs\experpei\experpei.005