UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

HELDER PEIXOTO,

    Plaintiff,

v.

EXPERIAN, CRAIG SMITH,

    Defendants.

Case No. 04-CV-10436 (JLT)

### AFFIDAVIT OF NATHAN J. ZOLIK IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

STATE OF NEW YORK   )
                              )
COUNTY OF NEW YORK )

    Nathan J. Zolik, being duly sworn, states as follows:

1. I am an Associate in the law firm of Jones Day, 222 East 41st Street, New York, NY 10017-6702.

2. I am admitted to practice before the Courts listed below and I am currently a member in good standing of all these Courts: the State of New York, the State of Wisconsin, and the United States District Courts for the Eastern, Southern, and Western districts in New York. A Certificate of Good Standing, dated March 25, 2004 is annexed to this Affidavit.

3. I have never been censured, suspended, disciplined or disbarred by any Court.

4. I have never been held in contempt of Court.

5. I do not have any disciplinary action, contempt or other proceedings involving me pending before any Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian") and Craig Smith, Defendants in the above captioned matter. Local counsel will be Robert S. White, Esquire, BOURGEOIS, DRESSER & WHITE, 4 Dix Street, Worcester, Massachusetts 01609.

_____
Nathan J. Zolik
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on 26th day of March, 2004.

_____
Notary Public
My Commission Expires: 11/10/2007

SAVINO IGNOMIRELLO
NOTARY PUBLIC, State of New York
No. 01IG6101236
Qualified in Dutchess County
Commission Expires November 10, 2007

NYI-2123597v1

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__NATHAN J. ZOLIK__, Bar # __NZ7039__

was duly admitted to practice in this Court on

__JANUARY 27th, 2004__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __MARCH 25th, 2004__

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk