UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

HELDER PEIXOTO,

    Plaintiff,

v.

EXPERIAN, CRAIG SMITH.,

    Defendants.

Case No. 04-CV-10436 (JLT)

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by its Attorney, Robert S. White, moves this Court to admit Attorney Albert J. Rota of Jones Day, 222 East 41st Street, New York, NY 10017-6702, to appear, defend and practice in this case as co-counsel on behalf of Experian.

Attorney Rota is a member in good standing of the Bar of the States of New York and New Jersey and the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York. There are no disciplinary proceedings pending against Attorney Rota in any jurisdiction. Attorney Rota is familiar with the Local Rules of this Court.

WHEREFORE, Experian respectfully requests that this Court admit Attorney Albert J. Rota to appear, defend and practice in this case as co-counsel on behalf of Experian. In support of this Motion, Experian submits the Affidavit of Albert J. Rota.

NYI-2136251v1

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.
By its Attorney:

Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

Dated: *May 27*, 2004

## CERTIFICATE OF SERVICE

Robert S. White, a lawyer admitted to the bar of this Court, certifies and declares under penalty of perjury that on _May 27_, 2004, he caused the foregoing motion to be served by first-class U.S. mail, properly addressed, to the following:

> Helder Peixoto
> 161 Webster Avenue
> Cambridge, MA  02141
> *Plaintiff Pro Se*

Robert S. White