UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

HELDER PEIXOTO,

    Plaintiff,

v.

EXPERIAN, CRAIG SMITH.,

    Defendants.

Case No. 04-CV-10436 (JLT)

## AFFIDAVIT OF ALBERT J. ROTA
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK   )
                              )
COUNTY OF NEW YORK )

    Albert J. Rota, being duly sworn, states as follows:

1. I am an Associate in the law firm of Jones Day, 222 East 41st Street, New York, NY 10017-6702.

2. I am admitted to practice before the Courts listed below, and I am currently a member in good standing of all these Courts: the State of New York, the State of New Jersey and the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York. A Certificate of Good Standing, dated May 26, 2004 is annexed to this Affidavit.

3. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any Court.

NYI-2136251v1

4.  I have never been held in contempt of Court.

5.  I do not have any disciplinary action, contempt or other proceedings involving me pending before any Court.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.  The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), a Defendant in the above captioned matter. Local counsel will be Robert S. White, Esquire, BOURGEOIS, DRESSER, WHITE & BEARD, 4 Dix Street, Worcester, Massachusetts 01609.

_____
Albert J. Rota
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to before me

on May 26, 2004

_____
Notary Public

DENISE SCIABARASSI
NOTARY PUBLIC, State of New York
No. 01SC6101209
Qualified in Nassau County
Commission Expires November 10, 2007

- 2 -

NYI-2136251v1