UNITED STATES OF AMERICA

FILED
IN CLERKS OFFICE
2004 JUN 10 A 11: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

CA NO 04-CV-10436 -JLT

US DISCTRICT COURT
MASSACHUSETTS

PEIXOTO       )
V.            )
              )
EXPERIAN,     )
CRAIG SMITH   )
              )

6/10/4

## MOTION/NOTICE TO POSTPONE

NOW COMES THE PLAINTIFF AND REQUESTS THAT THE HONORABLE JUSTICES/CLERK OF THE US DISTRICT COURT PSTPONE THE PRE-TRIAL CONFERENCE SCHEDULED FOR JUNE 22,2004. THE PLAINTIFF HAS A DEPOSITION ON A OTHER MATTER PENDING IN US DISTRICT COURT. AFTER CONVERSATION WITH ATTORNEY ROTA THE POSTPONEMENT IS IN AGREEMENT. A HEARING SCHEDULED IN LATE AUGUST IS PREFERED AFTER REVIEWING ATTORNEY SCHEDULES.