UNITED STATES OF AMERICA

US DISCTRICT COURT
MASSACHUSETTS

CA NO 04-CV-10436 JLT

FILED
CLERKS OFFICE

2004 JUN 10 A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

PEIXOTO )
V. )
 )
 )
EXPERIAN, )
CRAIG SMITH )
_____)

6/7/04

## SETTLEMENT OFFER

NOW COMES THE PLAINTIFF AND ASSERTS THAT HE HAS REPRESENTED TO EXPERIAN THAT AT THIS TIME IN ORDER TO CLEAR THE OVERLOADED DOCKETS IN FEDERAL COURT THAT HE IS WILLING TO SETTLE THIS MATTER.

THE FOLLWING SETTLEMENT OFFER SHALL BE VALID UNTIL JULY 30TH 2004. THE DELETION OF THE LINE ITEMS MENTIONED IN THE COMPLAINT AND THE DELETIONS OF THE HARD QUERIES SET FORTH IN THE COMPLAINT AND A SMALL FEE 500.00 DOLLARS. IF EXPERIAN FAILS TO ACCEPT THIS REASONABLE OFFER THAN THE PLAINTIFF REQUESTS THE COURT TO ASSES APPROPIATE DAMAGES UNDER MASS GENERAL LAW 93A/TREBLE DAMAGES AT 5,000.00 PER FCRA VIOLATION AND ANY OTHER DAMAGES THE COURT DEEMS FIT.