UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

FILED
IN CLERKS OFFICE
2004 JUN 15 A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

HELDER PEIXOTO,

    Plaintiff,

v.

EXPERIAN, CRAIG SMITH.,

    Defendants.

Case No. 04-CV-10436 (JLT)

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    Experian Information Solutions, Inc.

    I certify that I am admitted to practice in this court.

June 14, 2004
Date

_/s/ Albert J. Rota_
Signature

Albert J. Rota, Esq.
Type Name
Jones Day
222 East 41st Street
New York, NY  10017
(212) 326-3939        (212) 755-7306
Telephone Number      Fax Number
ajrota@jonesday.com
E-mail Address

NYI-2139898v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 14th day of June, 2004, to:

> Helder Peixoto
> 161 Webster Avenue
> Cambridge, Massachusetts 02141
> *Plaintiff Pro Se*

_____
Albert J. Rota