UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN SECTION

FILED
IN CLERKS OFFICE
2004 JUN 15 P 12: 06
U.S. DISTRICT COURT
DISTRICT OF MASS

HELDER PEIXOTO,

    Plaintiff,

v.

EXPERIAN, CRAIG SMITH.,

    Defendants.

Case No. 04-CV-10436 (JLT)

## LOCAL RULE 16.1 CERTIFICATION

The undersigned certify that, pursuant to Local Rule 16.1(D)(3), the authorized representative of Experian Information Solutions, Inc. conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and have considered the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Dated: June 15, 2004

By: _____
Abril Turner, Esq.
Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, California 92626

By: _____
Albert J. Rota, admitted pro hac vice
Jones Day
222 E. 41st Street
New York, New York 10017

By: _____
Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609

NYI-2138810v1

## CERTIFICATE OF SERVICE
## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 14th day of June, 2004, to:

>Helder Peixoto
>161 Webster Avenue
>Cambridge, Massachusetts 02141
>*Plaintiff Pro Se*

_____
Robert S. White

NYI-2138810v1

# Bourgeois, Dresser, White & Beard
### COUNSELLORS AT LAW

ROY A. BOURGEOIS
GEORGE L. DRESSER
ROBERT S. WHITE
NADIA R. TOTINO BEARD
ELLEN O'CONNOR

June 14, 2004

BENNETT C. WILSON 1928-1988

FOUR DIX STREET
WORCESTER, MASSACHUSETTS 01609
TELEPHONE 508-798-8801
FACSIMILE 508-754-1943

*FILED CLERKS OFFICE*
*2004 JUN 15 P 12: 26*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

Clerk's Office
United States District Court
District of Massachusetts
Eastern Section
One Courthouse Way
Boston, MA 02210

Re: *Helder Peixoto v. Experian, Craig Smith, et al*
Case No. 04-CV-10436 (JLT)

Dear Sir/Madam:

Enclosed for filing please find the Local Rule 16.1 Certification relative to the above referenced case.

Should you have any questions or need further information, please do not hesitate to contact me.

Very truly yours,

Robert S. White

RSW/jib

Enclosures

cc:   Albert J. Rota, Esquire
      Helder Peixoto

F:\docs\experian\experian.075