**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Helder Peixoto | COURT CASE NUMBER 04-10436-JLT |
| DEFENDANT Craig Smith | TYPE OF PROCESS S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Craig Smith
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 222 East 41st Street N.Y., N.Y. 10017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Helder Peixoto
161 Webster Avenue
Cambridge, Ma. 02141

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1-212-326-3939

Nathan Zolik Attorney for Experian.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-547-0327
DATE: 04/28/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 5/11/04 |

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: RET- 5-27-04   Time: 3 pm
Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 8.00 | Forwarding Fee | Total Charges 53.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Unk - At this location

05-84 ✓